■ In the Matter of SHANNON D. WILDER, Appellant, v THOMAS F. WILDER, Respondent. [898 NYS2d 911]—Appeal from an order of the Family Court, Cattaraugus County (Michael L. Nenno, J.), entered February 2, 2009 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the report of the Judicial Hearing Officer. Present—Martoche, J.P., Centra, Fahey, Peradotto and Pine, JJ.